# PD-0614-15

**I N   T H E**
COURT OF CRIMINAL APPEALS OF TEXAS

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

**NOV 18 2015**

Abel Acosta, Clerk

No. PD-

JOSE AMILPAS,

Petitioner-Appellant

-vs-

THE STATE OF TEXAS,

Respondent-Appellee

**FILED IN**
COURT OF CRIMINAL APPEALS

NOV 18 2015

Abel Acosta, Clerk

On Petition For Discretionary Review Of
Appeal No. 01-14-00053-CR In The Appellate Court
For The First Appellate District At Houston

## PETITIONER'S MOTION REQUESTING LEAVE OF COURT TO FILE ONLY THE ORIGINAL OF HIS PETITION AND BRIEF

TO THE HONORABLE MEMBERS OF THE COURT:

INTO COURT comes Jose Amilpas ("Amilpas"), Petitioner pro se in this action, to respectfully request leave of Court to file the originals only of all instruments and papers filed in this appeal. In support of this motion, Amilpas would show the Court the following:

### I.

Amilpas is proceeding in propria persona in this appeal, because he is indigent and unable to retain an attorney. He also has no funds or means of having xerographic copies made of papers to be filed. Additionally, the prison's law library provides ONLY five (5) sheets of carbon paper each week to inmates who are indigent, and those five sheets are not sufficient for making the total number of carbon copies required. See EXHIBIT A — Indigent Supply Request Form (highlited portion).

### II.

The Texas Rules of Appellate Procedure require that an original and eleven (11) copies of the Petition For Discretionary Review ("PDR") and brief (if a PDR

-1-

is granted) be filed. See TEX. R. APP. PROC. ANN. 9.3(b)(1) (Vernon's 2013). Additionally, Amilpas must serve a carbon copy on the District Attorney of Harris County (id., at 9.5(a)); the State Prosecuting Attorney (id., at 68.11); and also a copy for himself and one for the paralegal (jailhouse lawyer) who is assisting him.

The Texas Department of Criminal Justice does NOT permit inmates to use any of the Agency's equipment or materials to make xerographic duplications of legal documents, or copies of documents an inmate has prepared for filing -- not even where an inmate is indigent. Amilpas does not have an outside source for having copies made, and he lacks the funds to have copies made through a vendor. Holly v. Anderson, 467 F.3d 1120, 1122 (8th Cir. 2006) (noting that indigent unrepresented parties in the custody of the state, "likely [do] not have a means to make additional copies of [their] pleadings.").

### III.

Rule 2 of the Rules of Appellate Procedure provides that a court may allow a rule to be waived or suspended in the interest of justice or for expediting an appeal; and Rule 9.3(a)(2) allows a court of appeals to permit a party to file only the original of "any document." This Court usually does not require an indigent prisoner to file duplicate copies of his PDR, and has permitted that the original only be filed. See, e.g., Carbajal v. State, PD-0789-07 (Tex.Crim.App. May 30, 2007) (Rule 9.3(b) T.R.A.P. suspended where appellant is an indigent pro se prisoner); Canton v. State, PD-0084-13 (Tex.Crim.App. Jan. 28, 2013) (same);

### P R A Y E R

WHEREFORE, PREMISES CONSIDERED, Amilpas respectfully prays that this Court will grant this motion, and will permit him to file only the original of his PDR and any other instruments in the event the PDR is granted.

Respectfully submitted,

Jose Amilpas

JOSE AMILPAS, Petitioner-Appellant
Robertson Unit, TDCJ No. 1908295
12071 FM 3522
Abilene, Texas   79601-8799

## VERIFICATION BY UNSWORN DECLARATION

I, Jose Amilpas, TDCJ-CID No. 1908295, being presently incarcerated at the Robertson Unit of the Correctional Institutions Division of the Texas Department of Criminal Justice, declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this, the NINETEENTH day of OCTOBER, 2015.

_____
JOSE AMILPAS

## CERTIFICATE OF SERVICE

I hereby certify and declare that a true and correct carbon copy of the above and attached PETITIONER'S MOTION REQUESTING LEAVE OF COURT TO FILE ONLY THE ORIGINAL OF HIS PETITION AND BRIEF, has been served on the following persons on the SIXTH day of NOVEMBER, 2015, by placing same into the prison's internal Legal Mail System under the Prison Mailbox Rule, for delivery by regular U.S. Postal Service first class mail, enclosed in postpaid and properly addressed envelopes, mailed to:

Ms Jessica Caird, Esq.
Assistant District Attorney
Harris County Criminal District Attorney
1201 Franklin Street, Suite 600
Houston, Texas   77002
and

Ms. Lisa McMinn, Esq.
State Prosecuting Attorney
P.O. Box 13046 -- Capitol Station
Austin, Texas   78711-3046

DATED:   05 NOVEMBER 2015

_____
JOSE AMILPAS

-3-

# Indigent Supply Request Form

*Failure to complete this form correctly may result in you not receiving the supplies you requested.*

(Print Clearly)

NAME: _____ TDCJ#: _____ DATE: _____

SIGNATURE: _____ HOUSING: _____

You must utilize and exhaust your previous issuance prior to completing a new request for supplies. Justification to receive the below requested supplies must be placed **on the back of this form** (e.g. already exhausted previously issued supplies, active litigation and/or cause number, etc.).

<u>DO NOT WRITE</u> in the "Issued" column (law library use only).

| Personal | | Supplies | Legal | |
|---|---|---|---|---|
| Requested | Issued | | Requested | Issued |
| | | Paper | | |
| ///// | ///// | Carbon Paper (issued for legal only, exchange required) | | |
| | | Business Envelope (may not exceed 5 per week) | | |
| ///// | ///// | Writ Envelope (requires justification) | | |
| | | Pen (exchange required) | | |
| # of letters requesting postage | ____ @ $.45 | ///////// | # of letters requesting postage | ____ @ $.45 |
| | ____ @ $___ | ///////// | | ____ @ $___ |
| _____ | ____ @ $___ | ///////// | _____ | ____ @ $___ |

I-302 (Rev. 01/12)